(48 South. 176.)

No. 17,206.

BASS v. KULLMAN.

(Jan. 4, 1909.)

Appeal from Tenth Judicial District Court, Parish of Tensas; John Stirling Boatner, Judge.

Action by Jennie K. Bass against Michael Kullman. Judgment for defendant, and plaintiff appeals. Affirmed.

Edgar Howard Farrar and Samuel Lucius Elam, for appellant. Young & Young, for appellee.

LAND, J. Pursuant to the joint motion of counsel, filed herein on the 30th day of December, 1908:

It is ordered, adjudged, and decreed that the judgment of the lower court, confirming the title of the defendants and their warrantors to the W. ½ of the S. W. ¼ of section 24, township 10, range 10, be affirmed, and that plaintiff pay the costs of this appeal.